IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| | * CASE NO. 20-04689/EAG |
| MARA ILSA ROSARIO QUINONES | * |
| | * CHAPTER 7 |
| DEBTOR | * |

## CERTIFICATE OF SERVICE
## RE: MOTION TO AVOID LIEN PURSUANT TO 11 U.S.C. 522§(f)
## DATED DECEMBER 16, 2020 DOCKET NO 7

**TO THE HONORABLE COURT:**

I, Roberto Figueroa Carrasquillo, attorney for the Debtor, certify that on December 17, 2020, a true copy of the Motion to Avoid Lien Pursuant to 11 U.S.C. 522§(f), filed in the above captioned case, Docket No. 7, was sent via U.S. Postal Service certified mail, to the following:

**EDUCOOP c/o Blanca I Hernández Berrios, President Metro Region, PO Box 192770, San Juan PR 00919-2770, Certified U.S. Mail #70171070000105980592**

**Ana M. Torres De Soto, Esq., Urb Santa Rosa Ave Aguas Buenas 10-17 Suite 5 Bayamón PR 00959, Certified U.S. Mail #70171070000105980585**

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 17th day of December, 2020.

/s/*Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726-0186
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfc@rfigueroalaw.com

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

San Juan, PR 00919  OFFICIAL USE

Certified Mail Fee $3.55
$2.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.55

Total Postage and Fees $6.95

Postmark Here
0725
99
12/17/2020

7017 1070 0001 0598 0592

Sent To: EDUCOOP Blanca I Hernandez Berri
President Metro Region
PO Box 192770
San Juan P.R. 00919-2770

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Bayamon, PR 00959  OFFICIAL USE

Certified Mail Fee $3.55
$2.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.55

Total Postage and Fees $6.95

Postmark Here
0725
99
12/17/2020

7017 1070 0001 0598 0585

Sent To: Lcdo. Aus. M. Torres DeSoto, Esq
Urb. Santa Rosa Ave Aguas Buenas 10-17 Suite 5
Bayamon P.R. 00959

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions